David B. Rosenbaum, Atty. No. 009819
Dawn L. Dauphine, Atty. No. 010833
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, AZ  85012-2794
Telephone: (602) 640-9000
drosenbaum@omlaw.com
ddauphine@omlaw.com

Michael L. Banks, *Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Telephone: (215) 963-5000
mbanks@morganlewis.com

Howard Shapiro, *Pro Hac Vice*
Robert W. Rachal, *Pro Hac Vice*
PROSKAUER ROSE LLP
650 Poydras Street, Suite 1800
New Orleans, LA  70130
Telephone: (504) 310-4088
howshapiro@proskauer.com
rrachal@proskauer.com

Amy Covert, *Pro Hac Vice*
PROSKAUER ROSE LLP
One Newark Center, 18th Floor
Newark, NJ  07102
Telephone: (973) 274-3258
acovert@proskauer.com

Christopher Landau, P.C., *Pro Hac Vice*
Craig S. Primis, P.C., *Pro Hac Vice*
Michael F. Williams, *Pro Hac Vice*
Padraic B. Fennelly, *Pro Hac Vice*
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005-5793
Telephone: (202) 879-5000
clandau@kirkland.com
cprimis@kirkland.com
mwilliams@kirkland.com
pfennelly@kirkland.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Allen, Richard Dippold, Melvin Jones, Donald McCarty, Richard Scates and Walter G. West, individually and on behalf of all others similarly situated, Plaintiffs,<br><br>Plaintiffs,<br><br>vs.<br><br>Honeywell Retirement Earnings Plan, Honeywell Secured Benefit Plan, Plan Administrator of Honeywell Retirement Earnings Plan, and Plan Administrator of Honeywell Secured Benefit Plan,<br><br>Defendants. | No.  CV04-0424 PHX ROS<br><br>DEFENDANTS' STATEMENT OF FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON MINIMUM BENEFITS CLAIM<br><br>ORAL ARGUMENT REQUESTED |

Pursuant to LRCiv 56.1(a), Defendants set forth their Statement of Facts in Support of their Motion for Partial Summary Judgment on Minimum Benefits Claim:

1. A true and correct copy of the Signal Retirement Plan ("Signal Plan" or "Plan") is attached as Exhibit E to the Declaration of Amy Promislo (Doc. 16) ("Promislo Dec."). For purposes of plaintiffs' minimum benefits claim, the relevant Plan language is contained in three inter-related provisions.

2. First, for Plan participants with a Secured Benefit Account ("SBA"), § 4.2(e) defines the participant's Normal Retirement Benefit, depending on whether the participant elects to retain the SBA, or to transfer his SBA balance into the Signal Plan:

> (e)(i) In the case of a Participant who holds or has held an account in the Garrett Secured Benefit Account in the [Signal Savings Plan], his Normal Retirement Benefit ***shall be*** . . . .
>
> (a) in the case of a participant who elects pursuant to the Savings Plan to transfer his entire account balance held in the Garrett Secured Benefit Account to this Plan, the Normal Retirement Benefit provided hereunder without regard to this subparagraph (e) and
>
> (b) in the case of a Participant who elects pursuant to the Savings Plan not to transfer his account balance in the Garrett Secured Benefit Account to this Plan, ***the Normal Retirement Benefit provided under subparagraph (b) of this Section 4.2, offset by the value of the account balance not transferred (the "Offset")*** . . . .

(Doc. 16, Ex. E § 4.2(e)(i), at HW0000337 (emphasis added).)

3. Second, the Normal Retirement Benefit provided under § 4.2(b) is defined as follows:

> Except as provided in subsections (c) through (k), [a participant's] Normal Retirement Benefit shall be
>
> (i) 1.5% of his Average Final Compensation multiplied by his Credited Service, minus
>
> (ii) 1.5% of his Primary Social Security Benefit multiplied by his Credited Service (not in excess of 33 1/3 years) . . .

(*Id.* at HW0000336.) The Normal Retirement Benefit calculation set forth in § 4.2(b), by its terms applies "except as provided in subsections (c) through (k)." (*Id.*)

4. Third, § 4.2(c) provides that, except as provided in subsections (d) through (k), the "Normal Retirement Benefit shall not . . . be less than" one calculated under a minimum formula:

1

> A Participant's Normal Retirement Benefit shall not . . . except as provided in subsections (d) through (k), be less than . . . 1% of his Average Final Compensation multiplied by his Credited Service . . . .

(*Id.* § 4.2(e) at HW0000336.)

5. The Signal Plan vests the plan administrator with the authority to administer the plan in accordance with its terms, to make any necessary or appropriate findings of fact, and to determine questions of law. (*Id.* § 7.1 at HW0000363 - 364.)

6. The Plan Administrator has consistently interpreted the Signal Plan to allow participants who do not transfer their SBA balances to the Signal Plan to receive the larger of the "basic" benefit less an SBA offset, or the "minimum" benefit less an SBA offset. (*See* Doc. 16, Ex. K at HW0000471; Doc. 16, Ex. O at HW0000532.) This fact is not in dispute. (*See*, *e.g.*, Am. Compl. (Doc. 47) ¶ 53; Defs.' Ans. & Aff. Defenses (Doc. 78) ¶ 53.) Throughout this period, the Plan Administrator has also informed the participants that this is how their benefits are calculated. (Doc. 16, Exs. G & H.)

Respectfully submitted this 25th day of September, 2008.

OSBORN MALEDON, P.A.

By: /s/David B. Rosenbaum
David B. Rosenbaum
Dawn L. Dauphine
Osborn Maledon, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, AZ   85012-2794

Michael L. Banks
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia,   PA 19103

Howard Shapiro
Robert W. Rachal
PROSKAUER ROSE LLP
650 Poydras Street, Suite 1800
New Orleans, LA   70130

Amy Covert
PROSKAUER ROSE LLP
One Newark Center, 18th Floor
Newark, NJ   07102-5211

Christopher Landau, P.C.
Craig S. Primis, P.C.
Michael F. Williams
Padraic B. Fennelly
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC   20005-5793

*Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

I do certify that on September 25, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/Kelly Dourlein